# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LYDIA BENT et al., | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:13-CV-2038-D |
| | ) |
| MACKIE WOLFE ZIENTZ & | ) |
| MANN, P.C., et al., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered,

It is ordered and adjudged that:

1. plaintiffs' claims are dismissed with prejudice for failure to state a claim.

2. the clerk shall transmit a true copy of this judgment and the order adopting the findings and recommendation of the United States Magistrate Judge to plaintiffs.

This is a final judgment, and the clerk of court is directed to close the case.

Signed August 28, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE